**PARKS CHEVROLET v. GWYN**

[326 N.C. 591 (1990)]

PARKS CHEVROLET, INC. v. JUREL BLACKBURN GWYN

No. 439PA89

(Filed 10 May 1990)

ON plaintiff's petition for discretionary review of the decision of the Court of Appeals, in an unpublished opinion, which found no error in the judgment entered by *Biggs, J.,* at the 27 June 1988 session of District Court, FORSYTH County. Heard in the Supreme Court 12 April 1990.

*David F. Tamer for plaintiff-appellant.*

*Legal Aid Society of Northwest North Carolina, Inc., by Susan Gottsegen and Ellen W. Gerber, for defendant-appellee.*

PER CURIAM.

Discretionary review improvidently allowed.